UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUD A.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 22cv1505-LR <br><br> **ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND AND REMANDING ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS [ECF NO. 9]** |

On October 4, 2022, Plaintiff Maud A. filed a civil Complaint against Defendant Acting Commissioner of Social Security seeking judicial review of the denial of Plaintiff's application for social security disability benefits. (ECF No. 1.) The parties now filed a "Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment" ("Stipulation to Remand"). (ECF No. 9.) The parties state that "[u]pon remand, the Office of Hearings Operations will remand this case

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

1

to an Administrative Law Judge (ALJ) with directions to hold a new hearing and issue a new decision." (Id. at 1.)

Upon due consideration, the Court **GRANTS** the parties' joint motion, approves the Stipulation to Remand, and **REMANDS** this action to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation to Remand.

The Court enters **JUDGMENT** in favor Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: February 9, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge